```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 _____
                                )
 ULAS AVCI,                     )
          Plaintiff,            )
                                )     Civil Action No.
          v.                    )     14-12654-NMG
                                )
 PATRICK R. DONAHOE,            )
     Defendant.                 )
 _____ )
```

**ORDER**

**GORTON, J.**

The United States Marshals Service ("USMS") has informed the Clerk that it has received from the plaintiff the summons and complaint to be served in this case.

The 120-day service period has expired. Therefore, the Court orders that summons reissue and that service be completed within 60 days of the date of this Order.

Because the plaintiff's mailing address is in Turkey, the Clerk shall complete and deliver the reissued summons to the USMS rather than mail it to the plaintiff.

**So ordered.**

                                               /s/ Nathaniel M. Gorton  
                                               Nathaniel M. Gorton  
                                               United States District Judge

Dated: 7/2/2015