UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS


Plaintiff, Ulas Avci

Vs.                                    Civil Action No. 1:15-cv-12577

                                       Civil Action No. 1:14-cv-12654

Defendant, Megan Brennan


Request a Restraining Order from the Court:


The plaintiff, Ulas Avci, has been getting stalked by a certain type of people ( usually Puerto Rican type of people)  recently and he is now requesting a restraining order from the Court. Plaintiff entered US on June 10th 2016 at JFK airport, he got an extra screening by TSA. He was questioned by the officials for 1 hour or so and his address was requested by TSA. He then moved to Astoria NY and started looking for a job but noticed he has been getting aggravated stalked and harassed by a group of people recently. He has been having phone calls from undefined telephone numbers every morning. He recently got a job as a dishwasher at Gammeok Korean Restaurant in Manhattan while he lives in Astoria, NY. Plaintiff have got recently an annoying and interfering attitudes by some and he believes that he is subjected to these type of treatments becausea of his civil cases against the defendant.

Therefore, he requests a restraining order from the Court.

Respectfully submitted,

Plaintiff, Ulas Avci

43-07 20th Road, Apt#2

Astoria, NY,    11105

Cell: 718-753-1998

*Treated as a motion for a temporary restraining order and motion denied without prejudice.*

*NMGorton, USDJ*

*7/15/16*